IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR BOUIE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
Petitioner,                                    DISPOSITION THEREOF IF FILED

v.                                             CASE NO. 1D14-1758

STATE OF FLORIDA,

Respondent.
_____/

Opinion filed July 22, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Victor Bouie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order on the motion to correct illegal sentence rendered October 24, 2013, in Gadsden County Circuit Court case number 2003-CFA-059, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.